# Adriano Iron Work
Calle Barbosa   #2112
Santurce, P.R. 00915

9 de Septiembre de 2008

Yo Adriano Garcia certifico que el Sr. Manuel R. Duran Pimentel esta empleado conmigo desde el mes de Abril 2008 hasta el presente. En el cual se desempeña como soldador por ajuste y devenga un sueldo semanal alrededor de $475.00.

Sinceramente,

Adriano Garcia

*[signature]*